The People of the State of New York, Respondent,
against
Balwinder Singh, Appellant.




Samuel E. Rieff, for appellant.
Nassau County District Attorney (Jason R. Richards and Michael K. Degree of counsel), for respondent.

Appeal by defendant, as limited by the brief, from a sentence of the District Court of Nassau County, First District (Eric Bjorneby, J.), imposed October 17, 2017, upon his conviction, upon a jury verdict, of common-law driving while intoxicated.




ORDERED that the sentence is affirmed.
On appeal, defendant seeks a modification of his sentence of 60 days in jail imposed upon his conviction, upon a jury verdict, of common-law driving while intoxicated (Vehicle and Traffic Law § 1192 [3]). It is well settled that sentencing is a matter committed to the sentencing court's discretion (see People v Farrar, 52 NY2d 302, 305 [1981]; see also People v Suitte, 90 AD2d 80, 85 [1982]). A review of the record indicates that defendant's sentence was neither harsh nor excessive (see People v Suitte, 90 AD2d 80), and no extraordinary circumstances exist that warrant a modification of the sentence (see People v Hodges, 13 AD3d 979 [2004]; People v Dolphy, 257 AD2d 681 [1999]).
Accordingly, the sentence is affirmed.
ADAMS, P.J., GARGUILO and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 06, 2019